UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC 19 P 2: 10
U.S. DISTRICT COURT
HARTFORD, CT.

CHRISTOPHER COURNOYER
        Plaintiff,
vs.

NEVERILL COLEMAN and HAROLD SHAW,
        Defendants.

301CV221 (AWT)

December 18, 2003

## MOTION TO WITHDRAW APPEARANCE AS COUNSEL FOR PLAINTIFF

The undersigned counsel for the plaintiff hereby moves for permission to withdraw his appearance. In support hereof, the undersigned states as follows:

1. I filed my appearance as an associate attorney with the firm retained by the plaintiff.

2. As of January 2, 2004, I will no longer be employed by said firm as I am opening my own practice in Gales Ferry, Connecticut.

WHEREFORE, the undersigned requests that this motion be granted.

THE PLAINTIFF

BY: _____
T.J. Morelli-Wolfe
Fed. Bar No. ct22688
JON L. SCHOENHORN & ASSOC.
97 Oak Street
Hartford, CT 06106
Tel. (860) 278-3500

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed on the date of this pleading to the following:

Attorney Stephen R. Sarnoski, Esq.
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105

T.J. Morelli-Wolfe