**FILED**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

2003 DEC 19 P 2: 10

U.S. DISTRICT COURT
HARTFORD, CT.

CHRISTOPHER COURNOYER
    Plaintiff,
vs.

NEVERILL COLEMAN and HAROLD SHAW,
    Defendants.

301CV221 (AWT)

December 18, 2003

### MOTION TO WITHDRAW APPEARANCE AS COUNSEL FOR PLAINTIFF

The undersigned counsel for the plaintiff hereby moves for permission to withdraw his appearance. In support hereof, the undersigned states as follows:

1. I filed my appearance as an associate attorney with the firm retained by the plaintiff.

2. As of January 2, 2004, I will no longer be employed by said firm as I am opening my own practice in Gales Ferry, Connecticut.

WHEREFORE, the undersigned requests that this motion be granted.

THE PLAINTIFF

BY: _____
T.J. Morelli-Wolfe
Fed. Bar No. ct22688
JON L. SCHOENHORN & ASSOC.
97 Oak Street
Hartford, CT 06106
Tel. (860) 278-3500

**GRANTED. It is so ordered.**

_____
**Alvin W. Thompson, U.S.D.J.**
Hartford, CT    1/8/04