

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTOPHER COURNOYER,<br>*plaintiff,* | : | NO. 3:01CV-0221 (AWT) |
| V. | : | |
| NEVERILL COLEMAN, *et al.,*<br>*defendants.* | : | JANUARY 14, 2004 |

### MOTION TO FILE AMENDED STATEMENT OF MATERIAL FACTS AND LOCAL RULE 9(C)(1) STATEMENT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

The defendant respectfully requests permission to file the attached Amended Statement Of Material Facts and Local Rule 9(C)(1) Statement in Support of Motion for Summary Judgment which motion was originally filed on January 20, 2003. Through an oversight of counsel, pages 18-20 of the original document contained several typographical errors which the amended documents have corrected.

DEFENDANTS
Neverill Coleman and Harold Shaw

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: _____
Stephen R. Sarnoski
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, Connecticut 06105
Tel. (860) 808-5450
Federal bar #ct05129
E-mail: stephen.sarnoski@po.state.ct.us

**GRANTED. It is so ordered.**

_____
**Alvin W. Thompson, U.S.D.J**
Hartford, CT   2/19/04