UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CHRISTOPHER COURNOYER            :

    v.                              :    CASE NO. 3:01CV221 (AWT)

NEVERILL COLEMAN,                :
and HAROLD SHAW

<u>JUDGMENT</u>

This action having come on for consideration of cross motions for summary judgment filed before the Honorable Alvin W. Thompson, United States District Judge and,

The court having considered the full record of the case including applicable principles of law, and having filed an order, granting defendants' motion and denying plaintiff's motion, it is therefore,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants Neverill Coleman and Harold Shaw.

Dated at Hartford, Connecticut, this 28th day of September, 2006.

KEVIN F. ROWE, Clerk


By _____/s/ SLS_____
        Sandra Smith
        Deputy Clerk