FORM 1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2006 OCT 26  P 3 29

CHRISTOPHER COURNOYER

v.                              CIVIL CASE NO. 3:01CV221 (AWT)

NEVERILL COLEMAN AND
HAROLD SHAW

NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), Christopher Cournoyer hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (attach the Judgment or Order):
Judgment

2. The Judgment /Order in this action was entered on __9/28/06__.
(date)

_____
Signature

Christopher Cournoyer
Print Name

P.O. Box 636

Putnam, CT 06260
Address

Date: 10/25/06            (860) 963-2380
Telephone Number

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).